BAKER v. STATE.

(Court of Criminal Appeals of Texas. May 21, 1913.)

1. CRIMINAL LAW (§ 1090*)—APPEAL—BILL OF EXCEPTIONS.

In the absence of a bill of exceptions, the Court of Criminal Appeals cannot review alleged errors in admitting or rejecting evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

2. CRIMINAL LAW (§ 1144*)—APPEAL—STATEMENT OF FACTS.

In the absence of a statement of facts, the Court of Criminal Appeals must presume that the trial court charged all of the law applicable to the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2764, 2766–2771, 2774–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from Criminal District Court, Dallas County; Barry Miller, Judge.

S. L. Baker was convicted of rape, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of rape on a girl under 15 years of age, and his punishment assessed at 25 years' confinement in the penitentiary.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes

[1] There are many grounds assigned in the motion for new trial, but if he reserved any bills of exception they are not copied in the record; consequently we cannot review the grounds complaining of the admission or rejection of any testimony.

[2] No statement of facts accompanies the record, and in the absence of a statement of facts we presume the court charged the law, and all the law, applicable to the evidence.

The judgment is affirmed.